IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871 |
| THIS DOCUMENT APPLIES TO:<br><br>*DECUIR v. GSK* | 12-cv-333 |

### ORDER

**AND NOW,** this 18th day of December 2013, upon consideration of Plaintiff's Motion to voluntarily Dismiss his claims [Doc. No. 8], it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's case is **DISMISSED** with prejudice.

In light of this voluntary dismissal of Plaintiff's claims, Defendant's Motions to Dismiss [Docs. No. 3 and 6] are **DISMISSED** as **MOOT.**

IT IS SO ORDERED.

BY THE COURT:

CYNTHIA M. RUFE, J.